UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADEGE BROWN,<br><br>                               Plaintiff,<br>v.<br><br>NYC MOTORCARS OF FREEPORT CORPORATION; ALLY FINANCIAL INC. d/b/a ALLY BANK & ALLY BANK,<br><br>                               Defendants. | Case No.: 19-cv-05509 |

## SCHEDULING ORDER

**STEVEN I. LOCKE, Magistrate Judge:**

## DEADLINES AND COURT APPEARANCES

| | |
|---|---|
| First request for production of documents and first request for interrogatories due by: | April 24, 2020 |
| Responses to first request for production of documents and first request for interrogatories due by: | May 26, 2020 |
| Deadline for joinder of additional parties and amendment of pleadings: | June 11, 2020 |
| Status Conference: | 6/16/2020 @ 11:30 am |
| Completion of depositions | September 25, 2020 |
| All discovery, including production of all expert reports, if any, to be completed by: | October 23, 2020 |
| Commencement of summary judgment motion practice. (Depending on the assigned district judge, the first action commencing the practice would be either requesting a pre-motion conference or initiating the exchange of Local Civil Rule 56.1 statements. Parties are required to consult the individual rules of the district judge regarding motion practice.) | October 30, 2020 |
| Joint pretrial order due by: | as per individual rules |

Pretrial conference in courtroom 820 of the Central Islip courthouse. If the trial judge requires one, a joint proposed pretrial order in compliance with that judge's requirements and signed by counsel for each party must be received by the undersigned 3 business days prior this conference.



11/10/2020 @ 11:30 am

**This scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 2 (C).**

Motions to resolve discovery disputes must be made by letter in accordance with Local Civil Rules 37.1 & 37.3 and in compliance with additional requirements set forth in the undersigned's Individual Rules. Motions that do not comply with all requirements will be returned to the movant. Untimely opposition, or no opposition, to letter motions may result in the motion's being granted as unopposed.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses

Dated: Central Islip, New York
 March 18, 2020

SO ORDERED:

/S/ STEVEN I. LOCKE
STEVEN I. LOCKE
United States Magistrate Judge