# Law Offices of Bruce W. Minsky, P.C.

**112 Brick Church Road**
**New Hempstead, New York 10977**
**Telephone: (646) 234-7006; (212) 956-3123**
**Facsimile: (702) 973-6607 (Not for Litigation Purposes)**
**E-mail: bwminsky@gmail.com**

**Bruce W. Minsky, Esq.**
*Member of the California, Connecticut and New York Bars*

March 5, 2021

VIA ECF

Hon. Steven I. Locke, U.S.D.C.M.
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

      Re:    Brown v. NYC Motorcars of Freeport Corporation, et. al.
              Case No.: 2:19-cv-05509 (GRB)(SIL)

Dear Judge Locke:

The undersigned is counsel to the Defendant NYC Motorcars of Freeport Corporation ("Defendant").

 In accordance with the Court's Individual Practices, this letter shall serve as a request to adjourn the conference, currently calendared for March 8, 2021, for one week to March 15, 2021. This is the Defendant's first request to extend the aforementioned conference. No other adjournment requests have previously been made by either party regarding the same.  Counsel for the other appearing parties have agreed to this request.  The requested adjournment/extension will not affect any other scheduled dates.

The reason for the instant request is that it appears that counsel for parties, in principal, as a result of a culminating short mediation effort yesterday, have resolved the outstanding settlement issues.  The only matter now left unresolved is the Defendant's confirmation which is delayed as the principal for the Defendant is overseas due to an unexpected family emergency and has been unavailable yesterday and today.   It is expected that the Defendant's response will be obtained in the next few days.

This letter is being filed ECF as a letter motion and simultaneously emailed to other appearing counsel.

///
///

**Law Offices of Bruce W. Minsky, P.C.**
*Attorneys at Law*

Hon. Steven I. Locke, U.S.D.C.M.
March 5, 2021
Page 2


We thank the Court for its time and attention to this matter.

Very truly yours,

/bwm/

Bruce W. Minsky, Esq.


BWM/jm
cc:      Stephen Jay Steinlight, Esq., Troutman Sanders
         Robert J. Nahoum, Esq., The Law Offices of Robert J. Nahoum, P.C.